UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHN HENRY ORTLIEB,)
)
    Plaintiff,) Case No. 2:09-cv-02454-LDG-GWF
)
vs.) **ORDER**
)
CITY OF HENDERSON, *et al.*,)
)
    Defendants.)
)

    This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed December 30, 2009. Defendants filed their Answer (#18) on March 23, 2011. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

    **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **May 23, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

    DATED this 11th day of May, 2011.

GEORGE FOLEY, JR.
United States Magistrate Judge